**RECEIVED**

JUN 2 9 2026

**BY MAIL**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

)
)
)
*(Write the full name of the plaintiff in this action.*   )
*Include prisoner registration number.)*   )

v. Berthrand Tabot
85611

St. Genevieve County
Jail

*(Write the full name of each defendant. The caption*   )
*must include the names of all of the parties.*   )
*Fed. R. Civ. P. 10(a). Merely listing one party and*   )
*writing "et al." is insufficient. Attach additional*   )
*sheets if necessary.)*   )

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☒ Yes   ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Berthroumd Tabot

Other names you have used: NA

Prisoner Registration Number: 85611

Current Institution:

Greene County Jail

Indicate your prisoner status:

☐ Pretrial detainee      ☐ Convicted and sentenced state prisoner

☐ Civilly committed detainee      ☐ Convicted and sentenced federal prisoner

☒ Immigration detainee      ☐ Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: St. Genevieve /medical /

Job or Title: medical

Badge/Shield Number: _____

Employer: St. Genevieve County Jail

Address: _____

__X__ Individual Capacity      __X__ Official Capacity

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I'm requesting $7 billion because I develop seizures in jail, heart problems, serious eye problems that after the eye exam they are producing prescription glasses, P.T.S.D, also losing a tooth that got pulled out and my mouth was switch the lab result shows I have shortage of blood. Me been the bread winner, my wife and kids should have left if I died after been rejected treatment-

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes          ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes          ☐ No          ☐ Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes          ☐ No          ☒ Do not know

5

I have had Seizures multiple times now in Jail been an osha certified Carpenter that can restrict me from Construction Jobs because it deals with height.

ICE Detainee Rules

- An ICE Inmate shouldn't be denied tooth brush and tooth paste after asking the officers the refused.

- Smoking is prohibited in and outside the fasality. I was kept unsafe with drug addict smoking on Cammeras the officers not doing nothing. Also an officer smoking inside the car transporting us with no air.

- Medical, dental, mental health should be provided 24/7 when requested I was denied that.

- Food allergies and uncooked food. Was given or forced to eat things I'm allergic to even uncooked food.

**Defendant 2**

Name: _____

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address: _____

[ ]____ Individual Capacity          [ ]____ Official Capacity

## II.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

    1.    What happened to you?
    2.    When did it happen?
    3.    Where did it happen?
    4.    What injuries did you suffer?
    5.    What did each defendant personally do, or fail to do, to harm you?

I was vomiting and pooping blood after complaining with the help of some inmate before the correctional officers came and took me from general population and place me on medical location telling me that they will treat me there instead I was abandoned they said they wanted to see blood sample before the started give me treatment couple of days with no tooth brush until when I started spitting out blood again I called by hitting the bottom the officer that came I explain to him and he said he have let the medical staffs know but no one showed up until I fainte in pains that midnight a Sgt during count time notice I was not responsive then he used the quick majors until I started coughing I had to endure pains all night until around 6:00am when I complain to another Sgt before medical showed up started me on medications around 5:00am. 3. Faced racism from an officer

I was also kept in an unsafe condition with drug addict that be rolling things up on the microwave and be smoking he later assaulted me and I was rushed to the hospital at

St. Genevieve county memorial hospital the medications given by the doctor for my brain injury was seized are not treated. Given me un-cooked food too multiple times give me sausages that's hard like a rock.

2) January 2026 med lock down. Given un-cooked food multiple times. 04/08/2026 got assaulted.

3) At S.t Genevieve County Jail at medical lockdown 1 then got assaulted and given uncooked food at T-port.

4) Having serious injuries because I fainted January the nurse noticed I had impacted wisdom teeth all I was given was ibuprofen and antibiotic requested multiple times to see the dentist to no avail the tooth got pulled out 06/18/2026 at Greene county I have been bleeding for more than 48 hours because the dentist stitch my gums after that. From the assault the brain injury cause me serious issues Seizures, heart problems, eye problems and P.T.S.D

5) The St. Genevieve county jail staff/medical staffs ignored all the necessary treatment to be given when I was complaining instead one of the officers told an inmate that he don't like me so that sounded racist.

## III.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Tooth problems, brain injury, Seizures, heart problems, eye problems, P.T.S.D, Modern slavery trauma.

4

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes          ☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes          ☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance? They would not give me a IAR To file A Grievance I ask many times

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

They would not give me a IRR to file a grievance.

3.    What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

See Above

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

No Because they would not give me A IRR To file A grievance at FRDC I ask Several Times They won't give Them to anyone over any matter

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

See Above Information

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

See Above Information

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Above Information

(Note: *You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.   To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes          ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes          ☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.   Parties to the previous lawsuit

Plaintiff _Berthrand    Tabot_

Defendant(s) _St. Genevieve County Jail/medical_

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

8

5.     Approximate date of filing lawsuit _____

6.     Is the case still pending?

      ☐ Yes

      ☒ No *(If no, give the approximate date of disposition)*:_____

7.     What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

      ☐ Yes         ☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.     Parties to the previous lawsuit

      Plaintiff _Berthrand Talbot_____

      Defendant(s) _St. Genevieve County/medical_____

2.     Court *(if federal court, name the district; if state court, name the state and county)*

3.     Docket or case number ___NA_____

4.     Name of Judge assigned to your case ___NA_____

5.     Approximate date of filing lawsuit ___06/20/2026_____

9

6.    Is the case still pending?

☐ Yes

☒ No (*If no, give the approximate date of disposition*):_____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of June , 20 26 .

Signature of Plaintiff _____

10